IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

**AUTOMATIC FIRE SYSTEM SERVICES, INC.,**

    Plaintiff.

v.

**OUTSIDE THE BOX, LLC,** *et al.***,**

    Defendants.

Case No. 7:22-cv-3 (HL)

**ORDER**

On September 8, 2022, the parties convened in a telephone conference to discuss various discovery issues. In accordance with that conference, the Court **ORDERS** (1) that Defendant Outside the Box, LLC, produce the documents requested by Plaintiff Automatic Fire System Services, Inc., without redaction no later than September 22, 2022; (2) that Automatic Fire System Services produce the documents requested by Outside the Box no later than September 15, 2022; (3) that Automatic Fire System Services produce answers to Outside the Box's requests for admissions; and (4) that discovery be extended until January 2, 2023.

Finally, the parties disagree about a report produced by Outside the Box from its designated expert witness. The report was produced roughly two months after the deadline provided by the discovery order. Doc. 62. Outside the Box

maintains that this report is not an "expert report," as defined by Federal Rule of Civil Procedure 26, but rather an internal report that Outside the Box used in its assessment of Automatic Fire System Services's contractual performance. Automatic Fire System Services contends that without a timely expert report, Outside the Box's witness cannot be certified as an expert witness pursuant to Rule 26(a)(2). However, because the witness prepared the internal report, it seems probable that he or she could still be called as a factual witness. The Court reserves ruling on this issue.

**SO ORDERED**, this 12th day of September, 2022.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

aem